Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1250
Newark, New Jersey 07102
(973) 286-6700

*Attorneys for Plaintiffs*
*Shire Development LLC,*
*Shire Pharmaceutical Development Inc.,*
*Cosmo Technologies Limited, and*
*Nogra Pharma Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE DEVELOPMENT LLC, SHIRE PHARMACEUTICAL DEVELOPMENT INC., COSMO TECHNOLOGIES LIMITED, and NOGRA PHARMA LIMITED,<br><br>**Plaintiffs,**<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL PHARMACEUTICALS CO. (I) PVT. LTD., and AMNEAL LIFE SCIENCES PVT. LTD.,<br><br>**Defendants.** | Civil Action No. 15-2865 (RBK)(JS)<br><br>**STIPULATION OF NON-INFRINGEMENT AND ORDER OF FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE**<br><br>(Filed Electronically) |

Plaintiffs Shire Pharmaceutical Development Inc., Shire Development LLC, Cosmo Technologies Limited, and Nogra Pharma Limited (collectively, "Plaintiffs") stipulate and respectfully request entry of Final Judgment in the above-captioned Action as follows:

WHEREAS, Plaintiffs sought a judgment that Defendants Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals Co. (I) Pvt. Ltd., and

Amneal Life Sciences Pvt. Ltd.'s (collectively, "Defendants") ANDA No. 207205 discloses a product that infringes U.S. Patent No. 6,773,720 ("the '720 patent");

WHEREAS, Defendants sought a declaratory judgment that their ANDA Product does not infringe the '720 patent;

WHEREAS, Defendants sought a declaratory judgment that the '720 patent is invalid pursuant to 35 U.S.C. §§ 101, 102, 103 and/or 112; and

WHEREAS, Defendants withdrew their claims of invalidity of the '720 patent.

NOW, THEREFORE, Plaintiffs hereby request an entry of Final Judgment that:

1) Defendants' ANDA product, as currently disclosed in ANDA No. 207205 and its amendments, does not infringe the '720 patent;

2) Defendants' claims of invalidity and counterclaims for non-infringement are dismissed pursuant to Fed. R. Civ. P. 41(a)(2); and

3) Plaintiffs' claims of infringement are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

It is SO STIPULATED, this 3rd day of May, 2018.

By: *William C. Baton*
Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

Of Counsel:

Edgar H. Haug
Joseph V. Saphia
Jessica H. Zafonte

HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
ehaug@haugpartners.com
jsaphia@haugpartners.com
jzafonte@haugpartners.com

*Attorneys for Plaintiffs*
*Shire Development LLC,*
*Shire Pharmaceutical Development Inc.,*
*Cosmo Technologies Limited, and*
*Nogra Pharma Limited*

IT IS HEREBY ORDERED this __8__ day of May, 2018, that:

1. FINAL JUDGMENT of Non-Infringement is entered in favor of Defendants;

2. Defendants' claims of invalidity and counterclaims for non-infringement are DISMISSED; and

3. This Action is DISMISSED With Prejudice.

Dated: May 8, 2018

_____
Honorable Robert B. Kugler
United States District Judge